IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ABDULLAH MOHAMMED RASHEED,

Plaintiff,

v.

BRIAN OWENS; BARRY GOODRICH;
JERRY MILES; PEGGY ANN
COOPER; MICHAEL WOODS;
ERIC ACREE; FNU MOORE,
Medical Director; RICKY MYRICK;
and Dr. SHARON LEWIS,

Defendants.

CIVIL ACTION NO.: CV511-086

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Brian Owens, Jerry Miles, Peggy Ann Cooper, Michael Woods, FNU Moore, Ricky Myrick, and Dr. Sharon Lewis are **DISMISSED**.

**SO ORDERED**, this _____ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA